# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*



FILED IN OPEN COURT

APR 22 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JESSICA ANN BRONSON, <br> a/k/a Jessica Ann Holcombe, <br> (Counts 1, 3-22) <br><br> TORY EUGENE DRAIN, <br> (Counts 1, 2, 21, 22) <br><br> SHELBY LYNNETTE PROCTOR, <br> (Counts 1, 2) <br><br> SUSANNE LEE STOUT, <br> a/k/a Susanne Lee Fields <br> (Counts 1, 5-13, 15-17, 31) <br><br> and, <br><br> KRISTIN LANE FOSTER, <br> (Counts 1, 23-30) <br><br> *Defendants.* | UNDER SEAL <br><br> CRIMINAL NO. 2:21cr **45** <br><br> 21 U.S.C. § 846 <br> **Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine** <br> (Count 1) <br><br> 21 U.S.C. § 843(b) <br> **Use of a Communication Facility to Cause, Commit and Facilitate a Felony Violation of the Controlled Substances Act and Conspiracy** <br> (Counts 2-22) <br><br> 21 U.S.C. § 841(a)(1) <br> **Distribute and Possess with Intent to Distribute Methamphetamine and Fentanyl** <br> (Counts 23-31) <br><br> 21 U.S.C. § 853 <br> 18 U.S.C. § 924(d) <br> **Forfeiture** |

## INDICTMENT

April 2021 Term - at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about May 2020 and continuing thereafter until on or about the date of this indictment, in the Eastern District of Virginia and elsewhere, the defendants, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe, TORY EUGENE DRAIN, SHELBY LYNNETTE

PROCTOR, SUSANNE LEE STOUT a/k/a Susanne Lee Fields, and KRISTIN LANE FOSTER, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons, both known and unknown, to commit one or more of the following offenses against the United States:

1. To knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, commonly known as "ice," and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and (b)(1)(B).

## MANNERS AND MEANS TO ACCOMPLISH THE CONSPIRACY

The objectives of the conspiracy were making money through the distribution of methamphetamine and other controlled substances and obtaining methamphetamine and other controlled substances for personal consumption. The manners and means by which those objectives were carried out included, but were not limited to, the following.

1. It was a part of the conspiracy that the defendants and conspirators distributed and possessed with intent to distribute methamphetamine and other controlled substances in the Eastern District of Virginia and Arizona.

2. It was a further part of the conspiracy that the defendants and conspirators procured methamphetamine and other controlled substances from sources of supply in Arizona.

3. It was a further part of the conspiracy that the defendants and conspirators used the United States Mail to deliver methamphetamine and other controlled substances from Arizona to the Eastern District of Virginia for distribution.

4. It was a further part of the conspiracy that the defendants and conspirators conducted financial transactions with drug proceeds, including mobile money transfers, to

2

facilitate the procurement, transportation, and distribution of methamphetamine and other controlled substances.

5. It was a further part of the conspiracy that the defendants and conspirators used communication facilities to facilitate the distribution of methamphetamine and other controlled substances and to facilitate the transfer of drug proceeds.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Virginia and elsewhere.

1. On or about May 26, 2020, a co-conspirator in the Eastern District of Virginia sent $1,500 to SHELBY LYNNETTE PROCTOR in Arizona for methamphetamine through Cash App.

2. On or about May 26, 2020, TORY EUGENE DRAIN and SHELBY LYNNETTE PROCTOR caused a parcel containing approximately 80.92 grams of "ice" to be delivered through the U.S. Mail from Phoenix, Arizona to Chesapeake, Virginia.

3. On or about May 31, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing approximately 6.44 grams of methamphetamine to be delivered through the U.S. Mail from Glendale, Arizona to the Eastern District of Virginia.

4. On or about June 3, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe and TORY EUGENE DRAIN caused a parcel containing approximately 4.39 grams of methamphetamine and 4 pills containing fentanyl, a Schedule II controlled substance, to be delivered through the U.S. Mail from Phoenix, Arizona to the Eastern District of Virginia.

5. On or about June 22, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

6. On or about July 2, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

7. On or about July 16, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

8. On or about July 24, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

9. On or about October 1, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

10. On or about October 8, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

11. On or about October 26, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

12. On or about October 29, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

13. On or about November 2, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing 13.96 grams of "ice" to be delivered through the U.S. Mail from Scottsdale, Arizona to the Eastern District of Virginia.

14. On or about November 2, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

15. On or about November 2, 2020, at Virginia Beach, Virginia, KRISTIN LANE FOSTER distributed approximately 3.82 grams of methamphetamine and approximately 10 pills containing fentanyl, a Schedule II controlled substance.

16. On or about November 3, 2020, at Virginia Beach, Virginia, KRISTIN LANE FOSTER distributed approximately 20 pills containing fentanyl, a Schedule II controlled substance.

17. On or about November 5, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe caused a parcel containing a quantity of a controlled substance to be delivered through the U.S. Mail from Scottsdale, Arizona to SUSANNE LEE STOUT a/k/a Susanne Lee Fields in Virginia Beach, Virginia.

18. On or about November 12, 2020, at Virginia Beach, Virginia, KRISTIN LANE FOSTER distributed approximately ~~14~~ 3.28 grams of methamphetamine and approximately ~~11~~ 10 pills containing fentanyl, a Schedule II controlled substance.

19. On or about November 19, 2020, at Virginia Beach, Virginia, KRISTIN LANE FOSTER distributed approximately 4.0491 grams of methamphetamine.

20. On or about November 24, 2020, at Virginia Beach, Virginia, KRISTIN LANE FOSTER distributed approximately 27.76 grams of methamphetamine.

21. On or about November 24, 2020, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe and TORY EUGENE DRAIN caused approximately seven (7) parcels containing approximately 274.69 grams of "ice," approximately 112.25 grams of methamphetamine, and a quantity of fentanyl, a Schedule II controlled substance, to be delivered through the U.S. Mail from Scottsdale, Arizona to the Eastern District of Virginia.

22. On or about November 24, 2020, at Mayer, Arizona, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe possessed approximately 12 grams of methamphetamine and other controlled substances.

23. On or about November 25, 2020, at Virginia Beach, Virginia, KRISTIN LANE FOSTER possessed with intent to distribute approximately 71.11 grams of methamphetamine.

24. On or about November 25, 2020, at Virginia Beach, Virginia, SUSANNE LEE STOUT a/k/a Susanne Lee Fields possessed with intent to distribute approximately 164.28 grams of "ice."

(All in violation of Title 21, United States Code, Section 846.)

## COUNTS TWO THROUGH TWENTY-TWO

On or about the dates and times set forth below, in the Eastern District of Virginia and elsewhere, the defendants, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe, TORY EUGENE DRAIN, SHELBY LYNNETTE PROCTOR, and SUSANNE LEE STOUT a/k/a Susanne Lee Fields, charged in the counts set forth below, did knowingly and intentionally use, and did knowingly and intentionally combine, conspire, confederate and agree together and with other persons to use, any communication facility, that is, the United States Mail, in causing, committing and facilitating the commission of any act constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute and possess with intent to distribute methamphetamine, as charged in Count One of this Indictment, and distribute and possess with intent to distribute methamphetamine and fentanyl, as Charged in Counts Twenty-Three through Thirty-One of this Indictment, which crimes are re-alleged and incorporated by reference as if set forth in full herein.

| Count | Date | Defendants Charged with using the Communication Facility | Tracking Number |
|---|---|---|---|
| 2 | May 26, 2020 | TORY EUGENE DRAIN<br>SHELBY LYNNETTE PROCTOR | 9570106638160147435950<br>Priority Mail Express |
| 3 | May 31, 2020 | JESSICA ANN BRONSON | 9405503699300399294782<br>Priority Mail |
| 4 | June 3, 2020 | JESSICA ANN BRONSON<br>TORY EUGENE DRAIN | 9570106686360155202088<br>Priority Mail Express |
| 5 | June 22, 2020 | JESSICA ANN BRONSON<br>SUSANNE LEE STOUT | 9570106587260174455055<br>Priority Mail Express |
| 6 | July 2, 2020 | JESSICA ANN BRONSON<br>SUSANNE LEE STOUT | EJ386911340US<br>Priority Mail Express |
| 7 | July 16, 2020 | JESSICA ANN BRONSON<br>SUSANNE LEE STOUT | EJ386911702US<br>Priority Mail Express |
| 8 | July 24, 2020 | JESSICA ANN BRONSON<br>SUSANNE LEE STOUT | 9570106587160206414985<br>Priority Mail Express |
| 9 | October 1, 2020 | JESSICA ANN BRONSON<br>SUSANNE LEE STOUT | 9570106587160275459634<br>Priority Mail Express |
| 10 | October 8, 2020 | JESSICA ANN BRONSON<br>SUSANNE LEE STOUT | 9570106587160282464171<br>Priority Mail Express |

| 11 | October 26, 2020 | JESSICA ANN BRONSON SUSANNE LEE STOUT | 9570106587160299475764 Priority Mail Express |
|----|------------------|---------------------------------------|----------------------------------------------|
| 12 | October 29, 2020 | JESSICA ANN BRONSON SUSANNE LEE STOUT | 9570106587160303478248 Priority Mail Express |
| 13 | November 2, 2020 | JESSICA ANN BRONSON SUSANNE LEE STOUT | 9570106597460307534290 Priority Mail Express |
| 14 | November 2, 2020 | JESSICA ANN BRONSON | 9570106597460307534306 Priority Mail Express |
| 15 | November 5, 2020 | JESSICA ANN BRONSON SUSANNE LEE STOUT | 9570106587160309481273 Priority Mail Express |
| 16 | November 24, 2020 | JESSICA ANN BRONSON SUSANNE LEE STOUT | 9570106587160329495328 Priority Mail Express |
| 17 | November 24, 2020 | JESSICA ANN BRONSON SUSANNE LEE STOUT | 9570106587160329495366 Priority Mail Express |
| 18 | November 24, 2020 | JESSICA ANN BRONSON | 9570106587160329495359 Priority Mail Express |
| 19 | November 24, 2020 | JESSICA ANN BRONSON | 9570106587160329495335 Priority Mail Express |
| 20 | November 24, 2020 | JESSICA ANN BRONSON | 9570106587160329495304 Priority Mail Express |
| 21 | November 24, 2020 | JESSICA ANN BRONSON TORY EUGENE DRAIN | 9570106587160329495342 Priority Mail Express |
| 22 | November 24, 2020 | JESSICA ANN BRONSON TORY EUGENE DRAIN | 9570106587160329495311 Priority Mail Express |

(All in violation of Title 21, United States Code, Sections 846 and 843(b), and Title 18, United States Code, Section 2.)

## COUNT TWENTY-THREE

On or about November 2, 2020, at Virginia Beach in the Eastern District of Virginia, the defendant, KRISTIN LANE FOSTER, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT TWENTY-FOUR

On or about November 2, 2020, at Virginia Beach in the Eastern District of Virginia, the defendant, KRISTIN LANE FOSTER, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT TWENTY-FIVE

On or about November 3, 2020, at Virginia Beach in the Eastern District of Virginia, the defendant, KRISTIN LANE FOSTER, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT TWENTY-SIX

On or about November 12, 2020, at Virginia Beach in the Eastern District of Virginia, the defendant, KRISTIN LANE FOSTER, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT TWENTY-SEVEN

On or about November 12, 2020, at Virginia Beach in the Eastern District of Virginia, the defendant, KRISTIN LANE FOSTER, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT TWENTY-EIGHT

On or about November 19, 2020, at Virginia Beach in the Eastern District of Virginia, the defendant, KRISTIN LANE FOSTER, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT TWENTY-NINE

On or about November 24, 2020, at Virginia Beach in the Eastern District of Virginia, the defendant, KRISTIN LANE FOSTER, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT THIRTY

On or about November 25, 2020, at Virginia Beach in the Eastern District of Virginia, the defendant, KRISTIN LANE FOSTER, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).)

## COUNT THIRTY-ONE

On or about November 25, 2020, at Virginia Beach in the Eastern District of Virginia, the defendant, SUSANNE LEE STOUT a/k/a Susanne Lee Fields, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, commonly known as "ice," a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendants, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe, TORY EUGENE DRAIN, SHELBY LYNNETTE PROCTOR, SUSANNE LEE STOUT a/k/a Susanne Lee Fields, and KRISTIN LANE FOSTER, if convicted of any the violations alleged in Counts One through Thirty-One of this Indictment, as part of the sentencing of the defendants, pursuant to F.R.Cr.P. 32.2 and 21 U.S.C. § 853, shall forfeit to the United States:

   a. Any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation;

   b. Any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation; and,

2. The defendants, JESSICA ANN BRONSON a/k/a Jessica Ann Holcombe, TORY EUGENE DRAIN, SHELBY LYNNETTE PROCTOR, SUSANNE LEE STOUT a/k/a Susanne Lee Fields, and KRISTIN LANE FOSTER, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States any firearm or ammunition used in or involved in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

*United States v. Jessica Ann Bronson a/k/a Jessica Ann Holcombe, et al.*
Criminal No. 2:21cr 45

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: _____
Darryl J. Mitchell
Assistant United States Attorney
Virginia Bar No. 37411
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - darryl.mitchell@usdoj.gov